# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     West Virginia

JANE DOE, et al.
V.
LOGAN COUNTY SHERIFF'S DEPARTMENT, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 2:09-cv-0990

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John T. Copenhaver, Jr. | Richard D. Lindsay, II | |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| January 15, 2010 | Barbara Steinke | Sarah Leatherwood |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/15/2010 | | X | Letters Dated January 4, 2009, From Plaintiffs' Counsel to Plaintiffs |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages